JEFFERSON MACARONI COMPANY, RESPONDENT, v.
PENNSYLVANIA RAILROAD COMPANY, APPELLANT.

Argued February 8, 1931—Decided May 16, 1932.

For the respondent, *Pierson, Schroeder & Brand.*

For the appellant, *Wall, Haight, Carey & Hartpence.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, CAMPBELL, BODINE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, KERNEY, JJ. 10.

*For reversal*—None.